# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
1:48 pm Sep 04 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| TODD BROWN, JR. | ) | |
| | ) | 1:19 MJ 9231 |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 3, 2019  in the county of  Cuyahoga  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Possess with the Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See Affidavit, which is incorporated fully herein and attached hereto.

☑ Continued on the attached sheet.

*M. Thomas*
Complainant's signature

Special Agent Michael Thomas, HSI
Printed name and title

Sworn to via telephone after submission by
reliable electronic means. Fed. R. Crim. P. 4.1.

Date: 09/04/2019

*William H. Baughman, Jr.*
Judge's signature

City and state: Cleveland, Ohio

William H. Baughman, Jr., U.S. Magistrate Judge
Printed name and title